IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JOHN NATHANIEL THOMPSON, #378667 | § § § |
| VS. | § §  CIVIL ACTION NO.  4:21cv875 |
| COLLIN COUNTY SHERIFF'S OFFICE | § § § |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the petition for writ of habeas corpus should be dismissed without prejudice. No objections were timely filed.[1]

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.
**So ORDERED and SIGNED this 16th day of April, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Report and Recommendation was returned as undeliverable on February 14, 2022. (Dkt. # 7). Petitioner has not updated his address with the Court.